UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

Thurgood Marshall U.S. Courthouse  40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

## MOTION INFORMATION STATEMENT

Docket Number(s): _23-96_     _MHINA_ Caption [use short title] _CITIZENS BA_

Motion for: _REVERSING DECISION_ _AND RULING_

_OF DISTRICT COURT_

Set forth below precise, complete, statement of relief sought:

1. _APPELLEES VIOLATED COURT RULES 10.1, 11.1,_
2. _APPELLEES NBREACHED FINUCIARY DUTY_
_AND BREACHED LEGAL CONTRACT TO COLLECT_
_LETTERS OF CREDIT_

3. _DAMAGES MUST BE PAID BY APPELLEES FOR LOST_
_PROPERTY WORTH MORE THAN $ 21st TRILLION DOLLARS._

MOVING PARTY: _JAMES P. MHINA, PROSE_  OPPOSING PARTY: _BANK OF AMERICA_

[ ] Plaintiff [ ] Defendant

[ ] Appellant/Petitioner [ ] Appellee/Respondent

MOVING ATTORNEY: _____  OPPOSING ATTORNEY: _WILSON ELSE, MOSKOW_

[name of attorney, with firm, address, phone number and e-mail]

_ELDERMAN, DICKER LLP.  200 GREAT OAKS BLVD Suite 228_

_ALBANY N Y 12203._

Court- Judge/ Agency appealed from: _____

Please check appropriate boxes:

Has movant notified opposing counsel (required by Local Rule 27.1):
[X] Yes [ ] No (explain): _____

Opposing counsel's position on motion:
[ ] Unopposed [ ] Opposed [X] Don't Know
Does opposing counsel intend to file a response:
[ ] Yes [ ] No [X] Don't Know

FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:
Has this request for relief been made below? [ ] Yes [ ] No
Has this relief been previously sought in this court? [ ] Yes [ ] No
Requested return date and explanation of emergency: _____

Is oral argument on motion requested? [ ] Yes [X] No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set? [ ] Yes [X] No If yes, enter date: _____

Signature of Moving Attorney:
_JPMhina_ or PROSE Date: _3/13/23_  Service by: [ ] CM/ECF [ ] Other [Attach proof of service]

Form T-1080 (rev.12-13)

**UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT**

Thurgood Marshall U.S. Courthouse   40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

**MOTION INFORMATION STATEMENT**

Docket Number(s): _23-96_                    Caption [use short title] _MHINA_  _CITIZENS BAN_

Motion for: _REVERSING DECISION_  _AND RULING_
_OF DISTRICT COURT_

Set forth below precise, complete, statement of relief sought:

1. _APPELLEES VIOLATED COURT RULES 10.1, 11.1,_
2. _APPELLEES NBREACHED FIDUCIARY DUTY_
   _AND BREACHED LEGAL CONTRACT TO COLLECT_
   _LETTERS OF CREDIT_
3. _DAMAGES MUST BE PAID BY APPELLEES FOR LOST_
   _PROPERTY WORTH MORE THAN $21ST TRILLION DOLLARS._

MOVING PARTY: _JAMES P. MHINA, PROSE_   OPPOSING PARTY: _KEY BANK_

☒ Plaintiff        ☐ Defendant
☐ Appellant/Petitioner    ☐ Appellee/Respondent

MOVING ATTORNEY: _JAMES P. MHINA, PROSE_ OPPOSING ATTORNEY: _ANDREW KARAMOUZIS_
[name of attorney, with firm, address, phone number and e-mail]
_265 SUNRISE HIGHWAY, SUITE 61, ROCKVILLE CENTER, N.Y. 11570_

Court- Judge/ Agency appealed from:

Please check appropriate boxes:

Has movant notified opposing counsel (required by Local Rule 27.1):
☒ Yes  ☐ No (explain): _____

Opposing counsel's position on motion:
☐ Unopposed ☐ Opposed ☒ Don't Know
Does opposing counsel intend to file a response:
☐ Yes  ☐ No  ☒ Don't Know

Is oral argument on motion requested?    ☐ Yes ☒ No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?   ☐ Yes ☒ No If yes, enter date: _____

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUNCTIONS PENDING APPEAL:**

Has this request for relief been made below?   ☐ Yes ☐ No
Has this relief been previously sought in this court?  ☐ Yes ☐ No
Requested return date and explanation of emergency:

Signature of Moving Attorney:
_PROSE_  Date: _3/13/23_  Service by: ☐ CM/ECF  ☐ Other [Attach proof of service]

Form T-1080 (rev.12-13)

**UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT**

Thurgood Marshall U.S. Courthouse   40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

**MOTION INFORMATION STATEMENT**

Docket Number(s): **23-96**     Caption [use short title] **MHINA CITIZENS**

Motion for: **REVERSING DECISION AND RULING OF DISTRICT COURT**

Set forth below precise, complete, statement of relief sought:

1. **APPELLEES VIOLATED COURT RULES 10.1, 11.1,**
2. **APPELLEES NBREACHED FINUCIARY DUTY AND BREACHED LEGAL CONTRACT TO COLLECT LETTERS OF CREDIT**
3. **DAMAGES MUST BE PAID BY APPELLEES FOR LOST PROPERTY WORTH MORE THAN $ 21.00 TRILLION DOLLARS.**

MOVING PARTY: **JAMES P. MHINA PROSE**     OPPOSING PARTY: **R. KOLAWIA, D. BUSKE**

☐ Plaintiff   ☐ Defendant
☐ Appellant/Petitioner   ☐ Appellee/Respondent

MOVING ATTORNEY: **JAMES P. MHINA PROSE**     OPPOSING ATTORNEY: **DANIELLE SMITH**

[name of attorney, with firm, address, phone number and e-mail]

**CITY OF SYRACUSE**     **233 E. WASHINGTON STREET, 300 CITY HALL SYRACUSE, N.Y. 13202**

Court- Judge/ Agency appealed from:

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1): ☒ Yes ☐ No (explain): _____

Opposing counsel's position on motion:
☐ Unopposed ☐ Opposed ☒ Don't Know
Does opposing counsel intend to file a response:
☐ Yes ☐ No ☒ Don't Know

Is oral argument on motion requested? ☐ Yes ☒ No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set? ☒ Yes ☐ No If yes, enter date: _____

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**

Has this request for relief been made below? ☐ Yes ☐ No
Has this relief been previously sought in this court? ☐ Yes ☐ No
Requested return date and explanation of emergency:

Signature of Moving Attorney:
**JPMhina or PROSE** Date: **3/13/23**   Service by: ☐ CM/ECF ☐ Other [Attach proof of service]   **U.S. MAIL**

Form T-1080 (rev.12-13)

**UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT**

Thurgood Marshall U.S. Courthouse 40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

**MOTION INFORMATION STATEMENT**

Docket Number(s): 23-96    Caption [use short title] CITIZENS BA

Motion for: REVERSING DECISION AND RULING OF DISTRICT COURT

Set forth below precise, complete, statement of relief sought:

1. APPELLEES VIOLATED COURT RULES 10.1, 11.1,
2. APPELLEES NBREACHED FINUCIARY DUTY AND BREACHED LEGAL CONTRACT TO COLLECT LETTERS OF CREDIT
3. DAMAGES MUST BE PAID BY APPELLEES FOR LOST PROPERTY WORTH MORE THAN $2¹⁰⁰ TRILLION DOLLARS.

MOVING PARTY: JAMES P. MHINA    OPPOSING PARTY: BANK OF AMERICA,

- [ ] Plaintiff  [ ] Defendant
- [ ] Appellant/Petitioner  [ ] Appellee/Respondent

MOVING ATTORNEY: G    OPPOSING ATTORNEY: WILSON, ELSE, MOSKOWIT
[name of attorney, with firm, address, phone number and e-mail]

Court- Judge/ Agency appealed from:

Please check appropriate boxes:

Has movant notified opposing counsel (required by Local Rule 27.1):
[ ] Yes [ ] No (explain):

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**
Has this request for relief been made below? [ ] Yes [ ] No
Has this relief been previously sought in this court? [ ] Yes [ ] No
Requested return date and explanation of emergency:

Opposing counsel's position on motion:
[ ] Unopposed [ ] Opposed [ ] Don't Know
Does opposing counsel intend to file a response:
[ ] Yes [ ] No [X] Don't Know

Is oral argument on motion requested? [ ] Yes [X] No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set? [X] Yes [ ] No If yes, enter date:

Signature of Moving Attorney:
JAM[ ] a PRO SE Date: 3/13/23 Service by: [ ] CM/ECF [ ] Other [Attach proof of service]

Form T-1080 (rev.12-13)

**UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT**

Thurgood Marshall U.S. Courthouse   40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

**MOTION INFORMATION STATEMENT**

Docket Number(s): _23-96_   _CHINA_ Caption [use short title] _CITIZENS BA_

Motion for: _REVERSING DECISION AND RULING_
_OF DISTRICT COURT_

Set forth below precise, complete, statement of relief sought:

1. _APPELLEES VIOLATED COURT RULES 10.1, 11.1,_
2. _APPELLEES 'N BREACHED FIDUCIARY DUTY_
_AND BREACHED LEGAL CONTRACT TO COLLECT,_
_LETTERS OF CREDIT_
3. _DAMAGES MUST BE PAID BY APPELLEES FOR LOST_
_PROPERTY WORTH MORE THAN $ 2¹ᵗ TRILLION DOLLARS._

**MOVING PARTY:** _____   **OPPOSING PARTY:** _____

☐ Plaintiff   ☐ Defendant

☐ Appellant/Petitioner   ☐ Appellee/Respondent

**MOVING ATTORNEY:** _____   **OPPOSING ATTORNEY:** _____

[name of attorney, with firm, address, phone number and e-mail]

Court- Judge/ Agency appealed from: _____

Please check appropriate boxes:

Has movant notified opposing counsel (required by Local Rule 27.1):
☐ Yes   ☐ No (explain): _____

Opposing counsel's position on motion:
☐ Unopposed   ☐ Opposed   ☐ Don't Know
Does opposing counsel intend to file a response:
☐ Yes   ☐ No   ☒ Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**
Has this request for relief been made below?   ☐ Yes ☐ No
Has this relief been previously sought in this court?   ☐ Yes ☐ No
Requested return date and explanation of emergency: _____

Is oral argument on motion requested?   ☐ Yes ☒ No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?   ☒ Yes ☐ No If yes, enter date: _____

Signature of Moving Attorney:
_JPN_ _or PRO SE_ Date: _3/13/23_   Service by: ☐ CM/ECF   ☐ Other [Attach proof of service]

Form T-1080 (rev.12-13)

**UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT**

Thurgood Marshall U.S. Courthouse   40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

**MOTION INFORMATION STATEMENT**

Docket Number(s): 23-96                     Caption [use short title] CITIZENS BANK

Motion for: REVERSING DECISION AND RULING
OF DISTRICT COURT

Set forth below precise, complete, statement of relief sought:

1. APPELLEES VIOLATED COURT RULES 10.1, 11.1,
2. APPELLEES NBREACHED FINUCIARY DUTY
AND BREACHED LEGAL CONTRACT TO COLLECT,
LETTERS OF CREDIT
5. DAMAGES MUST BE PAID BY APPELLEES FOR LOST
PROPERTY WORTH MORE THAN $ 2.00 TRILLION DOLLARS.

MOVING PARTY: _____   OPPOSING PARTY: _____

☐ Plaintiff          ☐ Defendant

☐ Appellant/Petitioner    ☐ Appellee/Respondent

MOVING ATTORNEY: _____   OPPOSING ATTORNEY: _____

[name of attorney, with firm, address, phone number and e-mail]

_____

_____

Court- Judge/ Agency appealed from: _____

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☐ Yes ☐ No (explain): _____

Opposing counsel's position on motion:
☐ Unopposed ☐ Opposed ☐ Don't Know
Does opposing counsel intend to file a response:
☐ Yes ☐ No ☒ Don't Know

Is oral argument on motion requested?    ☐ Yes ☒ No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?    ☒ Yes ☐ No If yes, enter date: _____

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUCTIONS PENDING APPEAL:**

Has this request for relief been made below?    ☐ Yes ☐ No
Has this relief been previously sought in this court?    ☐ Yes ☐ No
Requested return date and explanation of emergency:

_____

_____

_____

Signature of Moving Attorney:
JA Lee   or PROSE Date: 3/13/23   Service by: ☐ CM/ECF ☐ Other [Attach proof of service]

Form T-1080 (rev.12-13)

**UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT**

Thurgood Marshall U.S. Courthouse   40 Foley Square, New York, NY 10007 Telephone: 212-857-8500

**MOTION INFORMATION STATEMENT**

Docket Number(s): _23-96_   CHINA Caption [use short title] _CITIZENS BAN_

Motion for: _REVERSING DECISION_   _AND RULING_
_OF DISTRICT COURT_

Set forth below precise, complete, statement of relief sought:

1. _APPELLEES VIOLATED COURT RULES 10.1, 11.1,_
2. _APPELLEES NBREACHED FIDUCIARY DUTY_
   _AND BREACHED LEGAL CONTRACT TO COLLECT_
   _LETTERS OF CREDIT_
3. _DAMAGES MUST BE PAID BY APPELLEES FOR LOST_
   _PROPERTY WORTH MORE THAN $ 21.50 TRILLION DOLLARS._

**MOVING PARTY:** _____   **OPPOSING PARTY:** _____

☐ Plaintiff   ☐ Defendant

☐ Appellant/Petitioner   ☐ Appellee/Respondent

**MOVING ATTORNEY:** _____   **OPPOSING ATTORNEY:** _____

[name of attorney, with firm, address, phone number and e-mail]

_____

_____

Court- Judge/ Agency appealed from: _____

**Please check appropriate boxes:**

Has movant notified opposing counsel (required by Local Rule 27.1):
☐ Yes   ☐ No (explain): _____

Opposing counsel's position on motion:
☐ Unopposed   ☐ Opposed   ☐ Don't Know
Does opposing counsel intend to file a response:
☐ Yes   ☐ No   ☐ Don't Know

**FOR EMERGENCY MOTIONS, MOTIONS FOR STAYS AND INJUNCTIONS PENDING APPEAL:**

Has this request for relief been made below?   ☐ Yes ☐ No
Has this relief been previously sought in this court?   ☐ Yes ☐ No
Requested return date and explanation of emergency: _____

_____

_____

Is oral argument on motion requested?   ☐ Yes   ☒ No (requests for oral argument will not necessarily be granted)

Has argument date of appeal been set?   ☒ Yes   ☐ No  If yes, enter date: _____

Signature of Moving Attorney:

_Jill___ or PRO SE_ Date: _3/13/23_   Service by: ☐ CM/ECF   ☐ Other [Attach proof of service]

Form T-1080 (rev.12-13)

COURT OF APPEALS 2ND CIRCUIT.

DOCKET# 23-96

PLAUSIBLE CLAIMS FOR RELIEF:-

→ (C.A.2.N.Y. 1986), S&K SALES CO. V. NIKE INC. 816 F.2d 843 (C.A.2.N.Y 1987), WECHSLER V. BOWMAN, 285 N.Y. 284 291, MODIFIED 286 N.Y. 582 (1941), SEE SCOTT ON TRUSTS SECTION 506, (3RD EDITION 1967): ALSO 42 U.S.C.A. SECTION 1985(3), BIGELOW V. R.K.O. RADIO PICTURES, SUPRA. DEFENDANTS-APPELLEES ARE LIABLE FOR ALL DAMAGES DONE UPON APPELLANT-PLAINTIFF JAMES P. MWHINA,

WHEREFORE: APPELLANTS/PLAINTIFFS CLAIM THAT; THE APPELLEES MUST REIMBURSE APPELLANTS/PLAINTIFFS FOR THE LOST 705 LOST IRREVOCABLE, REVOLVING VERY VALUABLE LETTERS OF CREDIT, ALSO, ALL THE TEN YEARS HE SPENT IN PRISON WITHOUT HAVING COMMITTED A CRIME, IN U.S. DOLLARS AS SHOWN IN THE CLAIM HEREIN.

PRESENTED AND PREPARED BY:

JAMES P. MWHINA, PROSE, C.E.O.
540 SEYMOUR SREET #
SYRACUSE, N.Y. 13201

1

"EXHIBIT F" DOCKET#239

PLAUSIBLE CLAIMS FOR RELIEF
CAUSED BY:-

# WRONGFUL MEANS

1. THE ANNUNZIO WILLY ACT (1992)
APPELLANTS-PLAINTIFES CLAIM THAT,
UNDER THE U.S. CONSTITUTION
AND FEDERALLY MANDATED CIVIL RIGHTS
GUARANTEED BY 5TH AMENDMENT DUE PROCESS
AND 14TH AMENDMENT TO THE U.S. CONSTITUTION
EQUAL RIGHTS UNDER THE LAW DUE PROCESS
PURSUANT TO 42 U.S.C.A. SECTIONS 1981
(A) AND (B), 1985 (3), 31 U.S.C.A. SECTION
5318 (G)(3) (THE ANNUNZIO WYLE ACT) 1992
WHICH DECLARES "SAFE HABOR" FOR THE
DEFENDANTS. BUT THE CONGRESS NAGATES
"SAFE HABOR" WHEN APPELLANTS CIVIL AND
CONSTITUTIONAL RIGHTS HAVE BEEN VIOLATED
BY THE DEFENDANTS. "LIABILITY ATTACHES"
ALSO SEE: TITLE 8 U.S.C.A. SECTIONS 43,4
THE RIGHTS TO REDRESS WHEN DEFENDANT
VIOLATES OR DENYS APPELLANT-PLAINTIFF
THEIR CIVIL AND CONSTITUTIONAL RIGHTS PURSUANT
TO 14TH AMENDMENT DUE PROCESS GUARANTEE
(PURSUANT TO THE U.S. CONSTITUTION AND
FEDERALLY MANDATED CIVIL RIGHTS $\longrightarrow$
PAGE 2

<u>PLAUSIBLE CLAIMS FOR RELIEF.</u>

2. <u>DEFENDANTS TORTIOUSLY INTERFERED</u>:—

—> GUARANTEED BY 5TH AMENDMENT DUE PROCESS AND 14TH AMENDMENT TO THE U.S. CONSTITUTION EQUAL RIGHTS UNDER THE LAW DUE PROCESS PURSUANT TO TITLE; 42 U.S.C.A. SECTIONS 1981 (A) AND (B) SECTION 1983, SECTION 1985(3), ALL THE DIFENDANTS <u>TORTIOUSLY INTERFERED</u> <u>WITH PLAINTIFFS-APPELLANTS CONTRACTUAL</u> <u>AND PROSPECTIVE BUSINESS RELATIONS</u> <u>WITH THEIR BUSINESS ASSOCIATES, WHEN</u> <u>DEFENDANTS EMPLOYED "WRONGFUL MEANS"</u> <u>AGAINST APPELLANTS-PLAINTIFFS.</u> THE <u>MALICIOUS, FRAUDULENT, WRONGFUL TRIAL</u> <u>WRONGFUL CONVICTION, WRONGFUL UNJUST</u> <u>LONG SENTENCE, AND MANY YEARS BEFORE</u> <u>SETTLEMENT OF CLAIM;</u>

3. <u>PLAINTIFFS-APPELLANTS CLAIM THAT HE</u> <u>WAS EXONORATED OF ALL BOGUS FALSE CHAGES</u>

APPELLANTS-PLAINTIFF HAS BEEN EXONORATED OF ALL THE CHARGES, THE NEW YORK STATE SUPREME COURT APPELLAT DIVISION 4TH DEPARTMENT REVERSED THE WRONGFUL CONVICTION AND ORDERED A NEW TRIAL <u>WITH LEGAL EVIDENCE,</u> ——>—

3

## PLAUSIBLE CLAIMS FOR RELIEF:

BUT THE ONONDAGA COUNTY ASSISTANT DISTRICT ATTORNEY "BETH VAN DOREN, DID NOT HAVE ANY LEGAL EVIDENCE AND SHE CONCEDED TO THE FACT THAT ALL THE WRONGFUL CHARGES AND WRONGFUL FRAUDULENT-INDICTMENT HAVE BEEN DISMISSED AND ALL THE RECORDS CONCERNING THE CASE OF NEW YORK STATE V. JAMES OTHNIEL HAVE BEEN SEALED NEVER TO BE OPENED BECAUSE, THE CHARGES WERE "BOGUS". THEY NEVER EXISTED. SEE COURT EXHIBIT "A", "B", "C" AND "D". (NO LEGAL EVIDENCE TO SUSTAIN "BOGUS" CHARGES").

APPELLANT-PLAINTIFF, INCARCERATED FROM ABOUT 2005 UNTIL 2015, HAS BEEN BADLY DAMAGED MENTALLY AND PHYSICALLY BY THE DEFENDANTS-APPELLEES, WRONGFUL MEANS. APPELLANT PLAINTIFFS HAVE THE LEGAL RIGHT TO REDRESS PURSUANT TO TITLE 8 U.S.C.A. SECTIONS 43, 47, ALSO TITLE 31 U.S.C. SECTION, 5318 (g) (3). "LIABILITY ATTACHES ON ALL THE DEFENDANTS-APPELLEES" (1992).

## PLAUSIBLE CLAIMS FOR RELIEF:

THE WRONGFUL MEANS EMPLOYED BY THE DEFENDANTS WAS DONE WITHOUT ANY HESITATION AND STILL YET THEY DENY THE FACTS THAT APPELLANT-PLAINTIFF WAS MENTALLY AND PHYSICALLY HURT BY THEIR WRONGFUL MEANS; ALSO, THAT HE HAS BEEN EXONORATED OF ALL CHARGES, AND THIS IS WHY HE IS SUING ALL THE DEFENDANTS, BECAUSE THEY ARE "LIABLE," FOR ALL THE LOSSES FROM TORTIOUS — INTERFERENCE WITH CONTRACTUAL AND PROSPECTIVE BUSINESS RELATIONS OF APPELLANT-PLAINTIFFS, AND THEIR BUSINESS ASSOCIATES. (THIS MAKE THEM ACCOUNTABLE)

4. APPELLANTS-PLAINTIFFS CLAIM THAT:— VALID CONTRACTS ARE NOT NECESSARY AS SEEN IN HANNEX CORP. V. GMI IN 140 F 3d 194 (C.A. 2 N.Y. 1998) ALSO SEE; RESTATEMENT (SECOND) OF TORTS SECT. 766B. CMT. C (1979). ALSO SEE: PPX ENTERS INC. V. AUDIO FIDELITY INC. 818 F. 2d 266, 270 (C.A. 2 N.Y. 1987); ALSO: S & K. SALES CO. V. NIKE INC. →

5

## PLAUSIBLE CLAIMS FOR RELIEF

→ 816 F. 2d 843 (C.A. 2 N.Y. 1987). ALSO SEE: NBT BANCORP INC. V. FLEET/NORSTAR FINANCE GROUP INC. 87 N.Y. 2d 614, 621, 641 M.Y.S. 2d 581, 586 (1996).

5. APPELLANT-PLAINTIFFS CLAIM THAT: PROMISE TO COLLECT.
DEFENDANTS; KEY BANK, N.A., BANK OF AMERICA, N.A., CITIZENS BANK, N.A. WITH THEIR EMPLOYEES WHO ARE DIRECTLY INVOLVED IN THIS CIVIL ACTION WERE/ARE APPELLANTS-PLAINTIFFS — "FIDUCIARIES." ONCE THEY AGREED AND PROMISED TO COLLECT THE GUARANTEED VERY VALUABLE AND PROFITABLE 25 - 20 YEARS GUARANTEE LETTERS OF CREDIT FROM EACH DEFENDANTS BANK, THE APPELLANTS-PLAINTIFFS REPOSED. BECAUSE APPELLANTS-PLAINTIFFS BELIEVED THE DEFENDANTS, BECAUSE THEY SIGNED BANK CONTRACTS, PROMISING APPELLANTS-PLAINTIFFS NOT TO WORRY AND THIS IS THE REASON WHY APPELLANTS

6

PLAUSIBLE CLAIMS FOR RELIEF:

5    SIGNED LEGAL CONTRACT TO COLLECT "REPOSED", THIS CONTRACT WAS A PROMISE TO COLLECT THE VALUABLE 235 (20 YEARS) GUARANTEED VERY GOOD REVOLVING LETTERS OF CREDIT AS THIS HONORABLE COURT DECIDED THIS ISSUE IN MALMSTEEN V. BERDON LLP, 369 - FEB. APPX 248 (CA. 2ND CIRCUIT N.Y. 2010). IN MALMSTEEN V. BERDON, SUP THIS COURT RULED FOR PLAINTIFF MALMSTEEN, BECAUSE BERDON FAILUR TO COLLECT. ALSO, BERDONS HAD SIGNED A CONTRACT TO COLLECT.

6.   LEGAL DUTY TO COLLECT: NOW, DEFENDANTS-APPELLEES AS FIDUCIARIES OF APPELLANTS-PLAINTIFFS, EACH OF THE THREE LENDING INSTITUTIO HAD A LEGAL DUTY TO COLLECT THE 235-20 YEARS GUARANTEED LETTERS OF CREDIT FROM EACH BANK DEFENDA EACH DEFENDANT HAD A FIDUCIARY DUTY TO COLLECT, ACCOUNT, DOCUMENT AND CREDIT INTO APPELLANTS-PLAINTIFFS ACCOUNTS EACH OF THE 235-20 YEARS-GUARANTEED VALUABLE LETTERS OF CREDIT.—

7

## PLAUSIBLE CLAIMS FOR RELIEF

7. LOSS OF MULTI-TRILLIONS DOLLARS.

THE LOSS OF THEIR MULTI-TRILLIONS DOLLARS OF PROSPECTIVE BUSINESS RELATIONS CONTRACTS PROFITS, FROM THEIR BUSINESS ASSOCIATES, THAT HAVE BEEN CAUSED BY DEFENDANTS VIOLATION AND DEPRIVATIONS OF FEDERALLY GIVEN CIVIL RIGHTS AND CONSTITUTIONAL RIGHTS GUARANTEED BY FIFTH AMENDMENT DUE PROCESS AND FOURTEENTH AMENDMENT EQUAL RIGHTS UNDER THE LAW DUE PROCESS TO THE U.S. CONSTITUTION, MAKE ALL THE DEFENDANTS "LIABLE" FOR ALL THE LOSSES FROM TORTIOUS INTERFERENCE WITH CONTRACTUAL AND PROSPECTIVE BUSINESS RELATIONS OF APPELLANTS-PLAINTIFFS AND THEIR BUSINESS ASSOCIATES, SEE: 42 U.S. SECTION 1981 (A) AND (B); 31 U.S.C.A. SECTION 5318 (G) (3

8. VALID CONTRACTS ARE NOT NECESSARY

APPELLANT-PLAINTIFFS CLAIM THAT; VALID CONTRACTS ARE NOT NECESSARY, AS SEEN IN HAMMEX CORP. V. G.M.T-INC. 140 F. 3d 191, (C.A. 2 NEW YORK 1998); ALSO SEE: P RESTATEMENT (SECOND)

8

PLAUSIBLE CLAIMS FOR RELIEF.

MULTI-TRILLIONS DOLLARS, LOSSES OF TORTS SECT. 766B. CMT. C (1979). ALSO SEE; PPX ENTERS INC. V. AUDIO FIDELITY INC. 818 F. 2d 266, 270 (C.A. 2 N.Y. 1987); S. x K. SALES CO. V. NIKE INC. 816 F 2d 843 (C.A. 2 N.Y. 1987). ALSO SEE; NBT BANCORP INC. V. FLEET/NORSTAR FIN. GROUP, INC. 87 N.Y. 2d 614, 621, 641 N.Y.S. 2d 581, 5? (1996), BIGELOW V. R.K. O. RADIO PICTURES 327 U.S. 251, 66 S. CT. 574, (U.S. ILL. 1946).

9. APPELLANTS-PLANTIFFS CLAIM THAT THEY DO NOT NEED TO PROVE OR PROOF THAT THEY WERE A PARTY OR WOULD HAVE BEEN A PARTY TO ANY PAST, PRESENT OR FUTURE CONTRACTUAL PROSPECTIVE BUSINESS RELATIONS, CONTRACTS WITH THEIR BUSINESS ASSOCIATES, UNDER THE WRONGFUL MEANS BY THE DEFENDANTS. SEE HANNEX CORP. V. G.M.T. INC., 140 F3d 194 (C.A. 2 N.Y. 1998) RESTATEMENT (SECOND) OF TORTS. SEC. 766 B CMT. C (1979.)

9

## PLAUSIBLE CLAIMS FOR RELIEF

10. ## LIABLE

PLAINTIFFS-APPELLANTS CLAIM THAT:
DEFENDANTS-APPELLEES ARE
"LIABLE" FOR ALL INJURIES AND
MUCH DAMAGE "MENTAL, PHYSICAL AND BUSINESS
CAUSED BY DEFENDANTS WRONGFUL
MEANS", BUSINESS AND NONE BUSINESS
LOSSES. SEE; S&K SALES CO. V.
NIKE INC., 816 F 2d 843. (SECOND
CIRCUIT N.Y. 1995), ALSO; BANKERS
TRUST V. BERNSTEIN, 169 A.D. 2d 400
(1991); GUARD-LIFE, 5 N.Y. 2d. AT 190-1
428 N.Y.S. 2d 632-633, MALMSTEEN
V. BERDON L.L.P. 369 FED. APPX 248
(C.A. 2ND CIRCUIT. N.Y. 2010) BREACH
OF LEGAL FIDUCIARY DUTY AND BREAK
OF LEGAL CONTRACT.

11. ## APPELLANT-PLAINTIFFS CLAIM THAT;

IT IS NOT NECESSARY THAT,
THE PROSPECTIVE RELATIONSHIP BE EXPECTED
TO BE REDUCED, TO "A FORMAL BINDING
CONTRACT." SEE; RESTATEMENT (SECOND)

10

<u>PLAUSIBLE CLAIMS FOR RELIEF:</u>

➔ OF TORTS 766 B CITE. C ACCORDING
THE TORT ENCE - TEACHES THE KIND OF
CONDUCT ALLEGES HERE INCLUDING
INTERFERENCE WITH OPPORTUNITIES OF
<u>SELLING OR BUYING CHATTELS OR</u>
<u>SERVICES AND ANY OTHER RELATIONS</u>
<u>LEADING TO PROFITABLE CONTRACTS.</u>
ALL DEFENDANTS ARE "<u>LIABLE</u>" FOR ALL
APPELLANTS - PLAINTIFF DAMAGES AND
<u>INJURY.</u>
<u>PARTICIPATED WITH FIDUCIARY</u>

<u>12:</u>    APPELLANTS - PLAINTIFFS CLAIM THAT;
     ALL THE DEFENDANTS - APPELLEES
<u>PARTICIPATED WITH FIDUCIARY IN BREAK</u>
<u>OF FIDUCIARY LEGAL DUTY.</u> THE FACTS
AND THE LAW SPECIFICALLY SAYS;
"ONE WHO KNOWINGLY PARTICIPATES
<u>WITH FIDUCIARY IN BREACH OF FIDUCIARY</u>
<u>LEGAL TRUST (LEGAL DUTY OWED</u>
<u>APPELLANTS - PLAINTIFFS) IS, LIABLE TO</u>
<u>THE BENEFICIARIES, FOR ANY DAMAGES</u>
<u>CAUSED THEREBY. SEE: WHITNEY V</u>
<u>CIT. BANK, N.A.</u> 782 F 2d 1106 ➔

11

LETTERS OF CREDIT CONTRACTS

1

1/3 OF → **EXHIBIT "LOST PROFITS"**

| | | | |
|---|---|---|---|
| SUGAR 1A | $400,000,000,000.00 | BILLIONS | 10 L.C. |
| SUGAR 1B | $400,000,000,000.00 | BILLIONS | 10 L.C. |
| SUGAR 2A | $300,000,000,000.00 | BILLIONS | 10 L.C. |
| SUGAR 2E | $200,000,000,000.00 | BILLIONS | 10 L.C. |
| SUGAR 3A | $200,000,000,000.00 | BILLIONS | 10 L.C. |
| SUGAR 3B | $200,000,000,000.00 | BILLIONS | 10 L.C. |
| SUGAR 4 | $187,500,000,000.00 | BILLIONS | 10 L.C. |
| SUGAR 5 | $125,000,000,000.00 | BILLIONS | 10 L.C. |
| GREEN F. 6A | $300,000,000,000.00 | BILLIONS | 10 L.C. |
| GREEN F. 6B | $300,000,000,000.00 | BILLIONS | 10 L.C. |
| GREEN FER. 7A | $300,000,000,000.00 | BILLIONS | 10 L.C. |
| GREEN FER. 7B | $300,000,000,000.00 | BILLIONS | 10 L.C. |
| SOY BEANS 8A | $200,000,000,000.00 | BILLIONS | 10 L.C. |
| SOY BEANS 8B | $200,000,000,000.00 | BILLIONS | 10 L.C. |
| YELLOW CORN 9A | $180,000,000,000.00 | BILLIONS | 10 L.C. |
| YELLOW CORN 9B | $180,000,000,000.00 | BILLIONS | 10 L.C. |
| WHITE CORN | $100,000,000,000.00 | BILLIONS | 10 L.C. |

U.S. DISTRICT COURT N.D. OF N.Y. FILED
MAR 25 2019
AT O'CLOCK
John M. Domurad, Clerk - Syracuse

3B TRUE DATA

COMMODITY TOTALS
LETTERS OF CREDIT
CONTRACTS                 PAGE 2

WHITE CORN (11A) U.S. $ 250,000,000,000.⁰⁰ B.

WHITE CORN (11B) U.S. $ 350,000,000,000.⁰⁰ B.

WHITE RICE (12) U.S. $ 250,000,000,000.⁰⁰ B.

C. WHITE SUGAR (13) U.S. $ 200,000,000,000.⁰⁰ B.

GREEN FERTILIZER (14) U.S. $ 300,000,000,000.⁰⁰ B.

GREEN FERTILIZER (15) U.S. $ 300,000,000,000.⁰⁰ B.

GREEN FERTILIZER (16) U.S. $ 150,000,000,000.⁰⁰ B.

TOTAL = U.S. $ 5,672,500,000,000⁰⁰

FIVE TRILLION, SIX HUNDRED SEVENTY TWO BILLION,
FIVE HUNDRED MILLION IN U.S. DOLLARS WORTH
OF 235 CONTRACTUAL GUARANTEED LETTERS OF
CREDIT CONTRACTS LOST + 15% PERFORMANCE
BONDS ALSO LOST CONTRACTUAL PROSPECTIVE PLAINTIFFS
BUSINESS PROFITS.

4 B TRUE DATA

FROM YEAR 2000 PLAINTIFFS WER
A PARTY TO THE FOLLOWING CONTRACTU
UNDERTAKINGS AND OUTCOME PROFITS

JB TRUE DATA

COMMODITY AND CONTRACTS TOTAL
THE OTHER 35  PROFITS  (PG1)

EVER GREEN FERTILIZER OWNERSH

GREEN FERTILIZER MINES 40 YEARS **OWNERSHIP**

**10 MINES IN US $120,000,000,000,000** TRILLION PRO

40 YEARS OWNERSHIP OF 10 MINES

IN US $120 TRILLION LOST PROFITS.
DEFENDANTS ARE LIABLE FOR ALL OF THE LOST PROF

THE RESULT OF TORTIOUS INTERFERENCE WITH
CONTRACTUAL AND PROSPECTIVE BUSINESS
RELATIONS WITH PLAINTIFFS BUSINESS ASSOCIATES
BY DEFENDANTS "WRONGFUL MEANS."

7B-TRUE DATA

A7

# OIL WELLS
## EXPLORATIONS

(12)

OWNERSHIP OF OIL WELLS PROFITS FROM 60 OIL WELLS,
IN U.S. $6,000,000,000.00 BILLIONS PER DAY AS LOST PROFITS. DEFENDANTS ARE LIABLE FOR ALL LOST PROFITS.

1 YEAR = IN U.S. $2,190,000,000,000.00 TRILLIONS TWO TRILLION, ONE HUNDRED NINETY BILLION, LOST PROFITS, DEFENDANTS ARE LIABLE.

10 YEARS = U.S. $21,900,000,000,000.00 TRILLIONS LOST PROFITS DEFENDANTS ARE LIABLE.

20 YEARS = U.S. $43,800,000,000,000.00 TRILLIONS LOST PROFITS. DEFENDANTS ARE LIABLE.

50 YEARS = U.S. $219,000,000,000,000.00 TRILLIONS LOST PROFITS, DEFENDANTS ARE LIABLE FOR ALL LOST PROFITS.

AS THE RESULT OF TORTIOUS INTERFERENCE WITH PLAINTIFFS CONTRACTUAL AND PROSPECTIVE BUSINESS RELATIONS WITH PLAINTIFFS BUSINESS ASSOCIATES, WHEN THEY EMPLOYED "WRONGFUL ME

18B - TRUE DATA

A18

**United States Court of Appeals for the Second Circuit**

CAPTION:

MHINA, J.P. _____ v.

CITIZENS BANK, N.A. ET AL.

**CERTIFICATE OF SERVICE**
Docket Number: 23-96

I, JAMES P. MHINA, PROSE, ET AL, hereby certify under penalty of perjury that on
(name)

MARCH 2023 _____, I served a copy of APPEAL BRIEF, APPENDIX,
(date)

COPY OF LOST PROFITS _____
(list all documents)

by (select all applicable)*

    ✓ United States Mail
    ___ Federal Express
    ___ Overnight Mail
    ___ Facsimile
    ___ E-mail
    ___ Hand delivery

on the following parties (complete all information and add additional pages as necessary):

| CITIZENS BANK, N.A. ET AL, | ONE CITIZEN PLAZA 8TH FLOOR | PROVIDENCE | R.I. | 02903-134: |
|---|---|---|---|---|
| Name | Address C/O GEOFFREY MILLION ESQ | City | State | Zip Code |
| CATHERINE NASH, CE-O. PRES | ONE CITIZEN PLAZA, 8TH FL. | PROVIDENCE R.T. | | 2903-1345 |
| Name | Address | City | State | Zip Code |
| ANTHONY COLLACCUIA / DAVID BUSKE | CITY OF SYRACUSE, 300 CITY HALL | | SYRACUSE N.Y. 13202 | |
| Name | Address 280 GREAT OAKS BLVD | City | State | Zip Code |
| BANK OF AMERICA | ALBANY, N.Y. 12203 | | | |
| Name | Address | City | State | Zip Code |

MARCH 10, 2023 _____
Today's Date

F.P. _____
Signature

*If different methods of service have been used on different parties, please indicate on a separate
page, the type of service used for each respective party.

     Rev. 10/11/2011

**United States Court of Appeals for the Second Circuit**

CAPTION:

MHINA, J.P. APPELLANTS

CITIZENS BANK, N.A. ET AL.
APPELLEES
DEFENDANTS

**CERTIFICATE OF SERVICE**
Docket Number: 23-96

I, JAMES P. MHINA, PRO SE, ET AL. hereby certify under penalty of perjury that on
(name)

MARCH 2023 , I served a copy of APPEAL BRIEF, APPENDIX,
(date)
COPY OF LOST PROFITS

(list all documents)

by (select all applicable)*

___✓ United States Mail
___ Federal Express
___ Overnight Mail
___ Facsimile
___ E-mail
___ Hand delivery

on the following parties (complete all information and add additional pages as necessary):

CITIZENS BANK, N.A. ET AL. ONE CITIZEN PLAZA 8TH FLOOR PROVIDENCE R.I. 02903-134
Name              Address C/O GEOFFREY MILLER ESQ City        State    Zip Code

CATHERINE NASH, C.E.O. PRES ONE CITIZEN PLAZA, 8TH FL. PROVIDENCE R.I. 2903-1345
Name              Address              City        State    Zip Code

WOODHAUGH APT. ; JOHN A. MULLER ATTORNEY 1900 BOSCH AND LAMB
VINOD LUTHRA, :                              ROCHESTER, N.Y. 61601
Name              Address              City        State    Zip Code

KEY BANK, N.A. 2155 SUNRISE HIGHWAY SUITE 61       ATTO
                    ROCKVILLE CENTER, N.Y. 11570,  ANDREW KARAM
Name              Address              City        State    Zip Code

MARCH 10, 2023                          [signature]
Today's Date                             Signature
*If different methods of service have been used on different parties, please indicate on a separate
page, the type of service used for each respective party.

Page 11                                         Rev. 10/11/2011

**United States Court of Appeals for the Second Circuit**

CAPTION:

MHINA, J.P. _____ v.

CITIZENS BANK, N.A. ET AL.

APPELLEES/DEFENDANTS.

**CERTIFICATE OF SERVICE**
Docket Number: 23-96

I, JAMES P. MHINA PRO SE, ET AL, hereby certify under penalty of perjury that on
(name)

MARCH 2023 , I served a copy of APPEAL BRIEF, APPENDIX,
(date)

COPY OF LOST PROFITS, APPENDIX, AND WRONGFUL MEANS, EXHIBIT "F"
(list all documents)

by (select all applicable)*

✓ United States Mail
___ Federal Express
___ Overnight Mail
___ Facsimile
___ E-mail
✓ Hand delivery

on the following parties (complete all information and add additional pages as necessary):

BETH VANDOREN A.D.A       421 MONTGOMERY SNR
ONONDAGA COUNTY KAREN BLESKOSKI ESQ SYRACUSE 13-
DANIELLE SMITH ESQ SYRACUSE CITY                1820
300 CITY HALL CITY OF SYRACUSE   T. 293-1345

| Name | Address | City | State | Zip Code |
|------|---------|------|-------|----------|

CITIZENS BANK, GEOFFREY W. MILSON ESQ
ONE CITIZEN PLAZA, 8TH FLOOR PROVIDENCE R.I 02903- 130

| Name | Address | City | State | Zip Code |
|------|---------|------|-------|----------|

CATHERINE NASH C.E.O. CITIZENS BANK
ONE CITIZEN PLAZA, 8TH FL. PROVIDENCE RI 2903-1545

| Name | Address | City | State | Zip Code |
|------|---------|------|-------|----------|

MARCH 10, 2023                    JPM___
Today's Date                          Signature

*If different methods of service have been used on different parties, please indicate on a separate
page, the type of service used for each respective party.

U.S. POSTAGE PAID
PM
SYRACUSE, NY
13204
MAR 17, 23
AMOUNT
**$17.15**
R2305H126693-29

10007

RDC 04

**PRIORITY**
MAIL

ONLY TO SEAL

se.

(restrictions apply).*

and many international destinations.

n form is required.

claims exclusions see the

liability and limitations of coverage.

FROM:
JAMES PINTINHA
540 SEYMOUR STR #3
SYRACUSE N.Y. 13204

USMAIL
SDNY

TO: MS. EVELYN CRUZ,
U.S. COURT OF APPEALS
U.S. COURTHOUSE
40 FOLEY SQUARE
NEW YORK, N.Y. 10007

DOCKET #2396

To schedule free Package Pickup,
scan the QR code.



22 0410 0000 4613 4602

---

**SENDER: COMPLETE THIS SECTION**

- ■ Complete items 1, 2, and 3.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

EVELYN CRUS
U.S. COURT OF APPEALS
U.S. COURT HOUSE
40 FOLEY SQUARE
N.Y. N.Y. 10007

9590 9402 7480 2055 5631 02



7022 0410 0000 4613 4602

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X
☐ Agent
☐ Addressee

B. Received by (Printed Name) | C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Mail Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053

Domestic Return Receipt